Todd M. Friedman (SBN 216752)
Meghan E. George (SBN 274525)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
mgeorge@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TWONESHA JOHNSON-HENDRICKS**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LIBERTY UNIVERSITY, INC.**; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-00072-MCE-DB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR LIBERTY UNIVERSITY, INC. TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING** |

## ORDER

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that Defendant be granted an extension of time of 28 days to file an answer or other responsive pleading. Absent further order from the Court, Liberty University, Inc.'s responsive pleading deadline is **March 27, 2018**.

IT IS SO ORDERED.

Dated: February 26, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1