# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWONESHA JOHNSON-HENDRICKS, individually and on behalf of all others similarly situated, | Case No. 2:18-cv-00072-MCE-DB |
| Plaintiff, | ORDER |
| vs. | |
| LIBERTY UNIVERSITY INC., | |
| Defendant. | |

    Pursuant to the Stipulation of the parties, this matter is dismissed with prejudice as to Plaintiff, and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear their own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated: August 6, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE